UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA CORREA, an individual,<br><br>                Plaintiff,<br><br>  vs.<br><br>UNITED PARCEL SERVICE, INC.; and DOES 1-50, inclusive,<br><br>                Defendants. | Case No. 2:24-cv-02186-TLN-CSK<br><br>**ORDER CONTINUING ALL PRETRIAL DEADLINES**<br><br>Judge: Honorable Troy L. Nunley |

# ORDER

Having considered the Parties' Stipulation to Continue All Pretrial Deadlines, and upon good cause shown, the Court hereby GRANTS the stipulation, amending the Initial Pretrial Scheduling Order (Dkt. 6) in part, and setting forth the below new schedule of discovery and pretrial dates:

| Event | Court's October 15, 2024 Initial Pretrial Scheduling Order | New Date |
|---|---|---|
| Last Day to Complete Discovery | September 18, 2025 | January 16, 2026 |
| Last Day to File List of Designated Expert Witnesses | November 17, 2025 | March 17, 2026 |
| Last Day to File Supplemental Discovery | February 13, 2026 | June 15, 2026 (June 13, 2026 is a Saturday) |
| Last Day to File Dispositive Motions | March 17, 2026 | July 15, 2026 |
| Last Day to File Joint Notice of Trial Readiness | April 16, 2026 | August 14, 2026 |

**IT IS SO ORDERED.**

Dated: August 6, 2025

_____
Troy L. Nunley
Chief United States District Judge