# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA CORREA, an individual,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>UNITED PARCEL SERVICE, INC.; and DOES 1-50, inclusive,<br><br>　　　　　　　Defendants. | Case No. 2:24-cv-02186-TLN-CSK<br><br>**ORDER CONTINUING ALL PRETRIAL DEADLINES**<br><br>Judge: Honorable Troy L. Nunley<br><br>Action Filed: July 12, 2024, in Superior Court for the State of California for the County of Sacramento<br>Action Removed: August 14, 2024<br>Trial: Not Yet Set |

**ORDER**

Having considered the Parties' Stipulation to Continue All Pretrial Deadlines, and upon good cause shown, the Court hereby GRANTS the stipulation, amending the August 7, 2025, Order Continuing All Pretrial Deadlines (Dkt. 13), and setting forth the below new schedule of discovery and pretrial dates:

| Event | Court's August 7, 2025 Order | New Date |
|---|---|---|
| Last Day to Complete Discovery | January 16, 2026 | May 18, 2026 |
| Last Day to File List of Designated Expert Witnesses | March 17, 2026 | June 15, 2026 |
| Last Day to File Supplemental Discovery | June 15, 2026 | June 30, 2026 |
| Last Day to File Dispositive Motions | July 15, 2026 | July 15, 2026 |
| Last Day to File Joint Notice of Trial Readiness | August 14, 2026 | September 30, 2026 |

**IT IS SO ORDERED**.

Dated: October 31, 2025

_____
Troy L. Nunley
Chief United States District Judge